No. 534. WHAYNE *v.* M. V. SHUTTLER, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Avram G. Adler* for petitioner. *Mark D. Alspach* for respondents.

No. 535. WESTERN & SOUTHERN LIFE INSURANCE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *John G. Wayman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 536. REITER ET AL., TRUSTEES *v.* FEDERAL SAVINGS & LOAN INSURANCE CORP. C. A. 7th Cir. Certiorari denied. *William R. Quinlan* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *John C. Eldridge* for respondent.

No. 537. HENDRY CORP. *v.* UNITED STATES FIDELITY & GUARANTY CO. C. A. 5th Cir. Certiorari denied. *Stanley W. Rosenkranz* and *Charles W. Pittman* for petitioner. *E. Dixie Beggs* for respondent.

No. 538. LAVINO SHIPPING CO. *v.* AMERICAN-WEST AFRICAN LINE, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Thomas F. Mount* for petitioner. *James F. Young* for respondents.

No. 539. RESOLUTE INSURANCE CO. *v.* NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. *Wade H. Penny, Jr.,* for petitioner. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, for respondents.